01
02
03
04
05
06

07                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
08                              AT SEATTLE

09  DAVID ALLEN CRAVENS,              )
                                      )   CASE NO. C12-1426-JCC-MAT
10          Plaintiff,                )
                                      )
11      v.                            )
                                      )   REPORT AND RECOMMENDATION
12  MICHAEL ASTRUE,                   )
    Commissioner of Social Security,  )
13                                    )
            Defendant.                )
14  _____   )

15      Plaintiff brought this action to seek judicial review of the denial of his application for

16  Supplemental Security Income and Disability Insurance Benefits by the Commissioner of the

17  Social Security Administration.  The parties have now stipulated that this case should be

18  reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).  (Dkt. 16.)

19      Based on the stipulation of the parties, the Court recommends this case be REVERSED

20  and REMANDED for further administrative proceedings pursuant to sentence four of § 405(g).

21  The parties stipulate that, on remand, the Administrative Law Judge will: (1) address all of

22  plaintiff's medical conditions, including his asthma, and give specific attention to the evidence

REPORT AND RECOMMENDATION
PAGE -1

in exhibits 3F, 7F, 15F, and 18F; (2) provide plaintiff the opportunity to give testimony and, if necessary, obtain vocational expert testimony at steps four and five of the sequential evaluation; and (3) issue a new decision. Upon proper presentation, the Court will consider plaintiff's application for attorney fees.

Given the above, the Court recommends that United States District Judge John C. Coughenour immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 7th day of January, 2013.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2