THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID ALLEN CRAVENS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, *Commissioner of Social Security*,<br><br>    Defendant. | CASE NO. C12-1426-JCC<br><br>ORDER |

The instant matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler (Dkt. No. 17), which recommends reversing and remanding this matter pursuant to the parties' stipulation. Having considered the parties' motion (Dkt. No. 16) and Judge Theiler's recommendation, it is hereby ORDERED:

(1) The Court adopts the Report and Recommendation (Dkt. No. 17);

(2) The Court REVERSES and REMANDS this matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g); and

(3) The Clerk is respectfully directed to send copies of this Order to all counsel and to Judge Theiler.

//

1 DATED this 10th day of January 2013.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2